(Doc. Nos. 109, 115)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Robert B. Kugler |
| v. | : | |
| | : | Crim. No. 12-388 (RBK) |
| HOPE K. KANTETE, | : | |
| Defendant. | : | |

**O R D E R**

**THIS MATTER** having come before the Court on the motions in limine of the United States of America to admit evidence of the defendant's uncharged crime, pursuant to Federal Rule of Evidence 404(b), to admit evidence of the defendant's prior conviction, pursuant to Federal Rule of Evidence 609, and to compel the defendant to produce reciprocal discovery (Doc. No. 109), and to limit the impeachment of certain government witnesses (Doc. No. 115), and the Court having considered the moving papers and the arguments of counsel before the Court on June 10, 2013, and for the reasons stated on the record at that time;

**IT IS HEREBY ORDERED** that the United States' motion to admit evidence of the defendant's uncharged crime and prior conviction and to compel reciprocal discovery (Doc. No. 109) is **GRANTED IN PART, DENIED IN PART**. The United States' motion to admit evidence of the defendant's prior conviction under F.R.E. 609 is **GRANTED**. The United States' motion to admit evidence of the defendant's uncharged crime is **DENIED WITHOUT**

**PREJUDICE**. As Defendant has represented that she does not possess any additional discovery, the motion to compel is **DENIED WITHOUT PREJUDICE**.

    **IT IS HEREBY FURTHER ORDERED** that the United States' motion to limit the impeachment of certain witnesses (Doc. No. 115) is **GRANTED**.

Dated:  6/12/13                                            /s/ Robert B. Kugler  
                                                                                    ROBERT B. KUGLER  
                                                                                    United States District Judge